# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CLINTON STRANGE,**

    **Plaintiff,**

    vs.

**SHRI HARI GOMARKETIN LLC,**

    **Defendant.**

Case No. 2:19-cv-5064

Chief Judge Algenon L. Marbley

Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter came before the Court on August 11, 2021 for a telephonic status conference. Plaintiff, who is proceeding *pro se*, and counsel for Defendant appeared and participated in the conference.

As discussed more fully during the conference, the parties agree that mediation might be beneficial in this case now that the Court has ruled on the dispositive motion. Plaintiff, however, directed the Court's attention to a pending appeal in the Court of Appeals for the Sixth Circuit, *Lindenbaum v. Realgy, LLC*, Case No. 20-4252 that could have ramifications in the instant matter. The case was argued before Judges Gibbons, Stranch, and Bush on July 29, 2021. Under the circumstances, and without objection from the parties, this case is **STAYED** pending resolution of the *Lindenbaum* appeal. The parties are **DIRECTED** to file a **STATUS REPORT** within **FOURTEEN (14) DAYS** of any decision by the Court of appeals in *Lindenbaum.* The Court thereafter will reconvene the parties.

**IT IS SO ORDERED.**

**DATED:  August 12, 2021**

*/s/ Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**